AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cebull, Richard F | District Court-Montana | 05/12/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge - Active | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2006<br>to<br>12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Court<br>316 North 26th Street<br>Billings, MT 59101 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED
2007 MAY 15 P 1:50
FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F | 05/12/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F | 05/12/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F | 05/12/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 2. MT UNIV REVS HIGHER ED FACS IMPT-D | A | Interest | J | T | | | | | |
| 3. FORSYTH MT PCR | A | Interest | | | Redemption | 05/31 | J | | |
| 4. MT ST HEALTH FAC RV AUTH RV B/D MBIA SISTERS OF CHARITY | A | Interest | J | T | | | | | |
| 5. ALLIANZ NFJ DIV VAL CL C | A | Dividend | J | T | Buy | 08/11 | | | |
| 6. COLUMBIA SMALL CAP VALUE II CLC | A | Distribution | J | T | Buy | 8/11 | | | |
| 7. MT ST BRD HSG RV AMT SINGLE FAM MTG B/E SER A2 | A | Interest | J | T | | | | | |
| 8. INTEL CORP CS | A | Dividend | J | T | Part Sell | 2/23 | J | C | |
| 9. QUALCOMM INC. | A | Dividend | J | T | Buy | 02/24 | | | |
| 10. ST MARY LAND & EXPL CS | A | Dividend | J | T | | | | | |
| 11. TEXAS INSTRUMENTS INC CS | A | Dividend | J | T | | | | | |
| 12. EATON VANCE TAX MGD GROWTH-C MF | A | Dividend | | | Sell | 08/11 | J | | |
| 13. GROWTH FUND AMER INC MF | A | Dividend | K | T | | | | | |
| 14. KOPP FDS EMERGING GROWTH FD CL A MF | | None | J | T | | | | | |
| 15. HARTFORD CAPITAL APPREC -C MF | A | Distribution | J | T | | | | | |
| 16. PUTNAM TAX EXP INC FD MF | A | Dividend | J | T | | | | | |
| 17. TAMARACK INVT FUNDS MM | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | P2 =$5,000,001 - $25,000,000 | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F | 05/12/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA #1 | D | Dividend | M | T | | | | | |
| 19. FINANCING CORP CPN FICO STRIPS SER R | | | | | | | | | |
| 20. TAMARACK INVT FDS MM | | | | | | | | | |
| 21. SUNAMERICA FOC DIV STRAT II | | | | | Sell | 10/12 | J | C | |
| 22. SELIGMAN SMALL CAP VALUE -C | | | | | | | | | |
| 23. ALLIANZ OPCAP VALUE-C | | | | | Sell | 08/18 | K | | |
| 24. FT DOW TGT DVD SEPT 05 | | | | | Sell | 10/12 | J | | |
| 25. FT VALUELINE TGT SEPT 05 | | | | | Sell | 10/12 | J | | |
| 26. ALLIANZ NFJ DIVIDEND VAL CL C | | | | | Buy` | 08/18 | K | | |
| 27. FT DOUBLE PLAY OCT O6 FT EQ TUST | | | | | Buy | 10/12 | J | | |
| 28. GROWTH FUND OF AMERICA | | | | | | | | | |
| 29. GS CORE LARGE CAP VALUE -C | | | | | Buy | 10/12 | J | | |
| 30. LORD ABBETT MID CAP VALUE -C | | | | | | | | | |
| 31. CIT INTERNOTES | | | | | | | | | |
| 32. GENERAL ELEC CAP CO STEP CPN | | | | | | | | | |
| 33. BROKERAGE ACCT #2 | | | | | | | | | |
| 34. CEF MONEY MARKET FUND | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S = Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F | 05/12/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. GENERAL ELECTRIC CS | A | Dividend | J | T | | | | | |
| 36. JOHNSON & JOHNSON CS | A | Dividend | J | T | | | | | |
| 37. PFIZER INC CS | A | Dividend | J | T | | | | | |
| 38. GLACIER CAPITAL TR A | A | Interest | | | Redemption | 02/01 | J | | |
| 39. CAPITAL WORLD GROWTH & INC A | A | Distribution | J | T | Buy | 2/3 | J | | |
| 40. MERRILL LYNCH PRD CAPITAL TR III | A | Interest | J | T | | | | | |
| 41. IRA #2 | E | Int./Div. | P1 | T | | | | | |
| 42. COLUMBUS BANK & TRUST CO | | | | | Buy | 06/09 | L | | |
| 43. " " " | | | | | Redemption | 12/20 | L | | |
| 44. LASALLE BANK MIDWEST | | | | | Buy | 06/16 | L | | |
| 45. " " " | | | | | Redemption | 12/21 | L | | |
| 46. COUNTY BANK | | | | | Buy | 6/23 | L | | |
| 47. " " " | | | | | Redemption | 12/28 | L | | |
| 48. WASHINGTON MUTUAL BANK | | | | | Buy | 6/09 | L | | |
| 49. ADVANTAGE BANK | | | | | Buy | 6/06 | L | | |
| 50. AMERICAN WEST BANK | | | | | Buy | 6/09 | L | | |
| 51. CENTRAL PROGRESSIVE BANK | | | | | Buy | 6/09 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F | 05/12/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  COPPER STAR BANK | | | | | Buy | 12/22 | M | | |
| 53.  WELLS FARGO & CO CS | | | | | Sell | 06/06 | J | D | |
| 54.  HOME DEPOT INC CS | | | | | Sell | 06/06 | K | E | |
| 55.  WAL-MART STORES INC CS | | | | | Sell | 6/06 | J | D | |
| 56.  AMERICAN MUTUAL FUND CL A | | | | | | | | | |
| 57.  BOND FUND OF AMERICA INC. MF | | | | | | | | | |
| 58.  EURO PACIFIC GROWTH FUND CL A | | | | | | | | | |
| 59.  FUNDAMENTAL INVESTORS INC MF | | | | | | | | | |
| 60.  GOLDMAN SACHS GROWTH &<br>INCOME FUND-CL A MF | | | | | Sell | 6/06 | M | F | |
| 61.  GOLDMAN SACHS INTERNATIONAL<br>EQUITY FUND-CL A MF | | | | | Sell | 6/06 | K | C | |
| 62.  GOLDMAN SACHS BALANCED FD CL<br>A MF | | | | | Sell | 6/06 | J | A | |
| 63.  GROWTH FUND OF AMERICA CL A MF | | | | | | | | | |
| 64.  INCOME FUND OF AMERICA CL A MF | | | | | | | | | |
| 65.  INVESTMENT CO OF AMERICA MF | | | | | | | | | |
| 66.  NEW PERSPECTIVE UNFD INC MF | | | | | | | | | |
| 67.  PUTNAM FUND FOR GROWTH &<br>INCOME -CL A MF | | | | | Sell | 6/06 | M | E | |
| 68.  PUTNAM GLOBAL EQUITY FUND CL A | | | | | Sell | 6/06 | K | D | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F | 05/12/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| MF | | | | | | | | | |
| 69. PUTNAM HEALTH SCIENCES TRUST CL A MF | | | | | Sell | 6/06 | K | D | |
| 70. PUTNAM INTERNATIONAL NEW OPPORTUNITIES FUND-CL A MF | | | | | Sell | 6/06 | J | | |
| 71. PUTNAM CLASSIC EQUITY MF FUND CL A | | | | | Sell | 6/06 | K | D | |
| 72. PUTNAM RESEARCH FUND MF | | | | | Sell | 6/06 | K | B | |
| 73. PUTNAM DIVERSIFIED INCOME CL A MF | | | | | Sell | 6/06 | L | | |
| 74. PUTNAM VISTA FUND INC - CL A MF | | | | | Sell | 6/06 | K | D | |
| 75. PUTNAM VOYAGER FUND INC-CL A MF | | | | | Sell | 6/06 | J | | |
| 76. PUTNAM INVESTORS FUND CL A | | | | | Sell | 6/06 | J | A | |
| 77. WASHINGTON MUTUAL INVESTORS FUND INC. MF | | | | | | | | | |
| 78. JC PENNEY & CO BD | | | | | | | | | |
| 79. GENERAL ELECTRIC CAP CORP MED TERM NTS | | | | | | | | | |
| 80. FORD MOTOR CREDIT CO GLOBAL LANDMARK SEC | | | | | | | | | |
| 81. VAN KAMPEN FOCUS PORTFOLIOS 387 TRUST | | | | | Sell | 06/06 | K | C | |
| 82. INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMENT | | | | | | | | | |
| 83. PASSPORT MONEY MARKET | | | | | | | | | |
| 84. FIRST INTERSTATE BANK (Ckg, Sav) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1.000 or less F =$50.001 - $100,000 | B =$1,001 - $2.500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F | 05/12/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. 1st SECURITY BANK (ckg) | | None | | | Acct Closed | 09/10 | | | |
| 86. NEW YORK LIFE INS POL. CV | B | Dividend | K | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F | 05/12/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____   Date 5/12/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544